# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** January 4, 2019

**CASE OF:** IN RE: STANDARD JURY INSTRUCTIONS IN CONTRACT AND BUSINESS CASES - 2018 REPORT

**DOCKET NO.:** SC18-867 **OPINION FILED:** December 6, 2018

**ATTENTION: ALL PUBLISHERS**

**THE FOLLOWING CORRECTION HAS BEEN MADE IN THE ABOVE OPINION:**

On p. 2, line 4, "416.45 (Legal Cause)," has been removed.

On p. 3, line 12, the words, "of Verdict" were added within the parenthesis.

On p. 8, second paragraph of section F, "Form 1.985" is now in struck-through type and "Rule 1.470(b)" was added and is underlined.

On pp. 30-31, the title, "416.45 LEGAL CAUSE" and its contents have been removed.

On p. 52, line 10, the period and extra space between "2" and "(b)" in "FORM 416.32(b)" was deleted.

On p. 54, line 7, the letter "F" in the word, "of" in "FORM 416.35 MODEL FORM OF VERDICT FOR AFFIRMATIVE DEFENSE OF CONTRACT CLAIM—JUDICIAL ESTOPPEL" has been capitalized.

**SIGNED: OPINION CLERK**

**The corrected hard copy will follow.**